FILED ___ LODGED
___ RECEIVED ___ COPY
JUN 2 8 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CV-22-1103-PHX-SPL

Honorable Bishop Judge Military Officer Gene Scott II and a Veteran
4001 West Camelback Road
#B28 Phoenix, Arizona 85019
-2872
(480)203-6728
genscott1967@yahoo.com

THE UNITED STATES DISTRICT COURT IN AND FOR THE DISTRICT OF AZ.

Gene Scott II, Petitioner,

vs.

Maricopa County, Respondant.

Ex Parte FOR PETITIONER, for Diversity of CITIZENSHIP AND CIVIL COMPLAINT.

A-5 top military officer, and, hoping my credential allow the Ex Parte request

-1-

for the request in the pleading

here because our petitioner is 100% innocent and mental sane.

Amen.

Dated: 6/27/2022.

Gene Edward Scott II

8808 (and) (others)(honorable adults (people)) certify the pleadings h-e-r-e.

-2-

Please, granted a 50 year tax exemption for the our Honorable Bishop Judge Top Military Officer Gene Edward Scott I... a Veteran's every property.

During a few year on Glendale Avenue near 55 Avenue near traffic cameras while heading Eastbound, a Hispanic man got out of a vehicle and illegally grabbed Bonnie M. who is petitioner's foster Sibling whom we request 100% exoneration for during now with your Federally — Internationally Court Order also for compensation for $5 million / tax free for Bonnie M. and ~~Alex~~ "Alexi" ~~and requests that~~

100% innocent [margin note] foster [margin note]

and request that "... y'all legally investigate "Alexandria" each the traffic cameras to legally prosecute the Hispanic man (and/or men) who illegally grabbed on lady Bonnie M. @ Glendale Avenue Eastbound near 55th avenue Arizona and petitioner and we request SSD at ($10,314 per month for lady Bonnie M. and sibling lady "Alexand" ["Alexis"]) who are both the petitioner's foster sibling legally. And, Our 100% innocent Gene Edward Scott II and many others request your Federally Internationally Court Ordering the 4·5 every request that

and

stating in 1965 years Gene Edward Scott's
zip code: 72069's property
original property and surrounding (17 square miles)[4] a-s Federally Court Order during now... and forever R- Man's legally every and property for legal sale for our chain of Mega Music store for our now and coming new Holiday request recently a-s now Honorable Bishop Judge Top Military Officer Gene Edward Scott II and civil -- music Holiday

On April 21 and Queen Elizabeth II Holi-day during for on 4/21, for protecting Veterans Rights in conjunction with Civil Rights Act of 1964 a---s Amended for 2022 and medically -- Musically -- Social categories very legally diverse for God's. Amen. Please, grant Federal Order -- International Court also for $50 million but, tax free for Queen Elizabeth II and petitioner Gene Edward Scott II aka "6 Snakes" and hoping for becoming be Knighted by beautiful Queen Elizabeth II while petitioner

-5-

is hoping... for now...
to                maybe
     galactically petitioner marrying
maybe beautiful Queen Elizabeth
II for the Queen Elizabeth
II's morals usual discretion and
but, also legally create the
payees                      statuses (
     and Gene Edward Scott II,
Marcus Philip Scott and Amanda Drier
Scott, and Ava Scott and Wesley Philip
Scott,
ell status and $1.75 Million and tax
     status compensation for property
actual still current owners
         for        72069 after
during our (Gene Edward Scott II
a Veteran/Honorable Bishop Judge
Top Military Officer) legally obtain
owning the 72069 because Federal Internal
property for the 72069's property on/near

-6-

Our original Gene Edward Scott the Farmer of Sibley's Canning Company Company owned the property on Zip Code: 72069 during 1965 before becoming Gene Edward Scott the victim of so call Diabetes II so call causing the actual ailments ( III amputations: E anatom- toe, leg and after foot because of gain green II ) (in Gene Edward Scott deceased during 1970 year) (the actual 100 acres lucrative farm owner) a-s Honorable Bishop Judge Top Military officer man Gene Edward Scott I a Veteran requesting the entire pleading here gets dismissed without fault his for legal moral economical

together mutually {among others together (petitioner and many others)} made to Honorable Congressman "Rick" Crawford's ( III U.S. Political Houses) legally in references to petitioner's "Bills to Laws" requests legally, while again the petitioner

request your Federally — — — Internationally Court Order- -ing during now every for sale property legally of legal business: Cohn & Kennedy also at (602) 753-5582 legal sales promotions, and including legal properties at 19th Avenue Glendale Ave — 7.6 — —nue's... in- tersections legally as petitioner legal

B.

ownerships legally while the Court legally financially property reimburse the... the previous owners, legally, please, Federally Please, Internationally, Court Order granting petitioners permanent MVD registration notary on legally. Notify Probation Officer every vehicle of the Maricopa County Superior Court legally for Foods, Inc legally both indirectly and Fry's of Federally ——— Internationally Court Order for exonerated lady Bonnie M and "Alexis and Alexandria" both very own exoneration, please. We thank y'all and legal vogue —— st 50 years tax petitioner legally. —7.7— exemptions for

Please, during also...,
please, Grant Federally---
Internationally --- Court
Order two
100% exonerations
directly for Maricopa
County Jail Inmates
("Sorry Price

and "Johnny"
Darden) to you compensating
($3.5 Million) with tax exemptions
for both... —7.8— the same above

inmates whom were falsely accused and wrongfully sentenced at the times,

we same witnesses who... names... are on list on p —2— that accompanys the documents that are h-e-r-e, please. We... thank y'all.

— 7.85 —

And, also, because two City of Phoenix Police Officers said, "They are waging war against you Gene and gene" to us 100% innocent us, please grant Federally -- Internationally galactically grant Court order to Own every light year as petitioner's SS#: 4484's last four's legal property.

— 7.86 —