# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gene Scott, II,<br><br>　　　　Plaintiff,<br><br>v.<br><br>County of Maricopa, et al.,<br><br>　　　　Defendant. | NO. CV-22-01103-PHX-SPL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed July 11, 2022, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed.

　　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

August 17, 2022

　　　　　　　　　　　　　　　　　　　s/ D. Draper
　　　　　　　　　　　　　　　By　　Deputy Clerk